Michael S. Kun (State Bar No. 208684)
Ted A. Gehring (State Bar No. 218715)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone:  310.556.8861
Facsimile:  310.553.2165
mkun@ebglaw.com
tgehring@ebglaw.com

Attorneys for Defendants
TEKSYSTEMS, INC. and
ALLEGIS GROUP, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY ALEXANDER,<br><br>            Plaintiff,<br><br>   v.<br><br>TEKSYSTEMS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MARYLAND TEKSYSTEMS, INC., ALLEGIS GROUP, INC. and DOES ONE through FIFTY, inclusive,<br><br>            Defendants. | Case No.: C 13-01112 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, the parties have scheduled a mediation of the above-referenced case to be conducted on June 4, 2013 before the Honorable Ronald M. Sabraw of JAMS;

WHEREAS, based on their most recent exchange of settlement offers, the parties are hopeful that the June 4, 2013 mediation will result in the resolution of this action;

WHEREAS, the Court has scheduled a case management conference to be held at 1:30 p.m. on June 17, 2013;

WHEREAS, based on the June 17, 2013 case management conference, the parties must complete their Rule 26 conference by May 21, 2013; and

1  WHEREAS, as the parties are hopeful that the case will resolve at the
2  June 4, 2013 mediation, the parties would like to avoid the time and expense of
3  conducting the Rule 26 conference and beginning preparation of the joint case
4  management conference statement, which is due on June 10, 2013.

5  The parties respectfully request that the case management conference and
6  other deadlines associated therewith be continued for a brief time so that the parties
7  may mediate this case on June 4, 2013 without first incurring the time and expense
8  of the Rule 26 conference and preparation of the joint case management statement.
9  Accordingly, the parties request that the case management conference be continued
10 until July 15, 2013, with the Rule 26 conference to be conducted no later than
11 June 26, 2013 and the joint case management conference statement filed no later
12 than July 8, 2013.

13 DATED: May 16, 2013                     EPSTEIN BECKER & GREEN, P.C.

                                         By:
15                                            /S/ Michael S. Kun
                                            Michael S. Kun
16                                          Ted A. Gehring
                                            Attorneys for Defendants
17                                          TEKSYSTEMS, INC. and
                                            ALLEGIS GROUP, INC.

19 DATED: May 16, 2013                     LAWLESS & LAWLESS

                                         By:
21                                            /S/ Therese M. Lawless
                                            Therese M. Lawless
22                                          Attorneys for Plaintiff
                                            JODY ALEXANDER

24      IT IS SO ORDERED.

26 DATED: 05/20/2013
                                         _____
27                                       The [Hon.] Judge Thelton E. Henderson
                                         U.S. District Court Judge

- 2 -

FIRM:23218137v1    STIPULATION AND [PROPOSED] ORDER CONTINUING
                   CASE MANAGEMENT CONFERENCE – NO. C 13-01112 TEH