| | |
|---|---|
| 1 | THERESE M. LAWLESS - Bar # 127341 |
| 2 | LISA P. MAK - Bar # 260281 |
|   | LAWLESS & LAWLESS |
| 3 | 180 Montgomery Street, Suite 2000 |
|   | San Francisco, CA 94104 |
| 4 | Telephone: (415) 391-7555 |
|   | Facsimile: (415) 391-4228 |
| 5 | E-mail: tlawless@lawlesssf.com |
| 6 | E-mail: lmak@lawlesssf.com |

Attorneys for Plaintiff
JODY ALEXANDER

MICHAEL S. KUN - Bar # 208684
TED A. GEHRING - Bar # 218715
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067-2506
Telephone: (310) 556-8861
Facsimile: (310) 553-2165
E-mail: mkun@ebglaw.com
E-mail: tgehring@ebglaw.com

Attorneys for Defendants
TEKSYSTEMS, INC. and ALLEGIS GROUP, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY ALEXANDER, | No. C13-01112 TEH |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| vs. | |
| TEKSYSTEMS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MARYLAND TEKSYSTEMS, INC., ALLEGIS GROUP, INC. and DOES ONE through FIFTY, inclusive, | |
| Defendants. | Judge: Hon. Thelton E. Henderson |
| | Complaint Filed: February 6, 2013 |

STIPULATION OF DISMISSAL WITH PREJUDICE
No. C13-01112 TEH

-1-

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to FRCP 41(a)(1), the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own attorneys fees and costs.

DATED: September 4, 2013          LAWLESS & LAWLESS

                                  By: *Therese Lawless*
                                  Therese M. Lawless
                                  Attorneys for Plaintiff

DATED: September 4, 2013          EPSTEIN BECKER & GREEN, P.C.

                                  By: _____
                                  Michael S. Kun
                                  Ted A. Gehring
                                  Attorneys for Defendants

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**
09/10/2013
IT IS SO ORDERED
*Thelton Henderson*
Judge Thelton E. Henderson

STIPULATION OF DISMISSAL WITH PREJUDICE
No. C13-01112 TEH                                                              -2-